IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12-CR-00224-RJC-DSC

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAVAR MINOTT | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on the First Step Act of 2018. (Doc. No. 41).

The defendant pled guilty to conspiring to possess at least 1,000 kilograms of marijuana with intent to distribute, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(vii) (Count One), conspiring to commit money laundering (Count Two), and possessing a firearm in furtherance of a drug trafficking crime (Count Three). (Doc. No. 20: Judgment at 1). A violation of § 841(b)(1)(A)(vii) is not a "covered offense" under the First Step Act, Pub. L. 115-135, § 404(a); Fair Sentencing Act of 2010, Pub. L. 111-220, § 2 (2010). Additionally, Section 404(c) of the First Step Act specifies that a court "shall not entertain" a reduction motion where the sentence was imposed in accordance with the Fair Sentencing Act of 2010. Here, the defendant was sentenced on November 7, 2013, (Doc. No. 20: Judgment at 1), well after the effective date of the Fair Sentencing Act. Therefore, he is not eligible for a sentence reduction under the First Step Act.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 41), is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant, the Federal Defender, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: August 6, 2019

Robert J. Conrad, Jr.
United States District Judge